NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1274, -1275

DIAMOND SAWBLADES MANUFACTURERS COALITION,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

v.

SAINT GOBAIN ABRASIVES, INC.,

Defendant-Appellant,

and

EHWA DIAMOND INDUSTRIAL CO., LTD.,

Defendant-Appellant,

and

SHINHAN DIAMOND INDUSTRIAL CO., LTD.,

Defendant.

Appeal from the United States Court of International Trade
in case no. 06-00247, Senior Judge R. Kenton Musgrave.

ON MOTION

Before RADER, Circuit Judge.

ORDER

The United States moves the court to deem its brief to have been timely served

and for leave to file an amended certificate of service. The United States indicates that

the other parties consent. Saint Gobain Abrasives, Inc. and Ehwa Diamond Industrial Co., Ltd. move for an extension of time, until November 12, 2009, to file their reply briefs. Saint Gobain and Ehwa Diamond state that the United States consents and Diamond Sawblades Manufacturers Coalition does not consent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

OCT 21 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Daniel B. Pickard, Esq.
     J. David Park, Esq.
     Lynn M. Fischer Fox, Esq.
     Charles A. St. Charles, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 21 2009

JAN HORBALY
CLERK